WILLIAM GRAY V. ALPHONSO S. GODFREY.

FILED FEBRUARY 5, 1895.   No. 6207.

1. **Action on Account:** EVIDENCE: REVIEW. The evidence in
   this case examined, and *held* sufficient to sustain the findings of
   the trial court and judgment thereon.

2. **Review:** BILL OF EXCEPTIONS. This court will not review tes-
   timony in the form of affidavits used in the trial court on the
   hearing of a motion for a new trial unless such affidavits have
   been included in and presented by a bill of exceptions.

ERROR from the district court of Lancaster county. Tried
below before TUTTLE, J.

*Talbot, Bryan & Allen* and *Maule & Spencer,* for plaint-
iff in error.

*Leese & Starling, contra.*

HARRISON, J.

Defendant in error instituted this action to recover of
plaintiff in error the sum of $52.91 and interest due
thereon, balance due on account.   Plaintiff in errror, in
his answer, acknowledged the purchase of the articles and
to the amount charged in the account, and that the charges
were reasonable, but pleaded payment of a portion of the
account, claiming that the true balance he owed defendant
in error at the time of the commencement of the action
was $23.10, of which sum he also alleged a tender.   The
reply was a general denial of each and every allegation of
the answer.   A jury was waived and trial had to the court,
which resulted in a finding and judgment in favor of de-
fendant in error for the sum claimed in his petition.   Mo-
tion for new trial was filed and overruled and the case is
presented here for review.

It is first assigned for error that the judgment was not

sustained by sufficient evidence. We have carefully examined and considered the evidence, and while, as to a number of questions, it is conflicting, we cannot say that the finding and judgment of the trial court, based thereon, are clearly or manifestly wrong; and as a whole we think it may be said to be amply sufficient to sustain such findings and judgment; hence, following the settled rule of this court, they will not be disturbed.

There is a further assignment that the court erred in not granting a new trial because of "newly discovered evidence material to the defendant as shown by the affidavits of James H. Cradduck and William Gray and K. K. Hayden submitted herewith." It is well established in this court, by a long line of decisions, that testimony of any kind used in a lower court, to be available in this court for any purpose, must be preserved by a bill of exceptions, and this applies with as much force to evidence in the form of affidavits as any other. The affidavits used in this case at the hearing of the motion for a new trial, to support the ground thereof, which is made the basis of the assignment of error now under consideration, were not preserved by the bill of exceptions and therefore cannot be considered here. The judgment of the district court is

AFFIRMED.